## SMITH *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 40, September Term, 1962.]

*Decided December 13, 1962.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated by Judge Allen for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*